John COFFIN, Cynthia Coffin, Plaintiffs–Appellants,

v.

Stacy BRANDAU, individually, f.k.a. Stacy Ferris, James Lutz, individually, Defendants–Appellees.

No. 08–14538.

United States Court of Appeals, Eleventh Circuit.

Aug. 17, 2010.

Yardley Drake Buckman, II, Amiee Ruth Buckman, Buckman & Buckman, P.A., Sarasota, FL, for Plaintiffs–Appellants.

Richard R. Garland, Dickinson & Gibbons, P.A., Nevin Alan Weiner, Nevin & Weiner, P.A., Sarasota, FL, for Defendants–Appellees.

Before DUBINA, Chief Judge, and TJOFLAT, EDMONDSON, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON, PRYOR and MARTIN, Circuit Judges*.

BY THE COURT:

A member of this Court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

---

* Senior United States Circuit Judge R. Lanier Anderson has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.